the attorney for the residuary legatees in opposition thereto." Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the General Guardianship of Frank A. F. Smith, Appellant. Ella Carman, as Executrix, etc., Respondent.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Kline Realty and Improvement Company, Respondent, v. Argus Realty Company, Appellant, Impleaded with Others, Defendants.— Judgment of foreclosure and sale affirmed, with costs. The learned trial court refused to find that the mortgage had been extended. The alleged six months' extension claimed to have been arranged when the president of the Argus Realty Company paid the back interest due November 23, 1912, was denied on behalf of plaintiff, and was inconsistent with the subsequent negotiations to extend this mortgage for the same six months' period. The court below, upon conflicting testimony, having refused to find that at the beginning of this suit there was any valid agreement to extend the time of payment of the mortgage, its findings and refusals to find are sustained upon this appeal. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Martin H. Latner, Respondent, v. Alexander J. Weber and Anna Weber, Appellants.— Judgment and order of County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Gertrude Masch, an Infant, by Gustave Masch, Her Guardian ad Litem, Appellant, v. New York and North Shore Traction Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Annie Best Morton, as Administratrix, etc., of Edward Morton, Deceased, Respondent, v. Smith Hoisting Company and Milliken Brothers, Inc., Appellants.— Judgment and order reversed and new trial granted, costs to abide the event. As the witness Winkky was the only witness who testified positively to contact between the timber and the tierods, causing one of the latter to fall, if he gave other testimony on a previous trial to which his attention was at this time called, and he denied recollection that he so testified, counsel should have been permitted to introduce such testimony in evidence. (*Weeks* v. *Fox*, 3 T. & C. 354; *Palmeri* v. *Manhattan El. R. Co.*, 39 N. Y. St. Repr. 23; *Kelly* v. *Cohoes Knitting Co.*, 8 App. Div. 156.) This the court refused to permit him to do. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Joseph Nass, Respondent, v. Manhattan Shoddy Mills Company, Appellant, Impleaded with Harry Brenner, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Thomas P. Nolan, Appellant, v. A. B. Smith & Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.